PROB 18
(REV. 8/2/2010)

# UNITED STATES DISTRICT COURT
## FOR
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division



FILED
FEB - 3 2023

U.S.A. vs. DUPREE

5:22-CR-336-M

TO: ¹U.S. Marshal or Other Qualified Officer.

2:23mj)18       4:13cr59

## WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court

**NAME:**
JOSEPH JEROME DUPREE

| SUPERVISION IMPOSED BY: | DATE IMPOSED |
|---|---|
| Honorable Rebecca Beach Smith | 1/23/2013 |

**TO BE BROUGHT BEFORE:**
ANY US MAGISTRATE JUDGE

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Peter A. Moore, Jr. | Shari Evers | 1/13/2023 |

## RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | RECEIVED BY USMS E/NC ON 01/13/2023 | 2/3/2023 |

**EXECUTING AGENCY (NAME AND ADDRESS)**
USMS   600 GRANBY ST. NORFOLK, VA 23510

| NAME | BY | DATE |
|---|---|---|
| DUSM TAVAREZ (E/VA) FOR DUSM ALMEIDA (E/NC) | | 2/3/2023 |

FILED
IN OPEN COURT
FEB - 3 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

¹Insert designation of officer to whom the warrant is issued, e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Sealed Motion for Revocation on Offender Under Supervised Release
Warrant Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Joseph Jerome Dupree | Case Number: | 5:22-CR-336-1M |
| Name of Sentencing Judge: | Honorable Rebecca Beach Smith | | |
| Date of Original Sentence: | January 23, 2013 | | |
| Original Offense: | Count 1- Carjacking, in violation of 18 U.S.C. § 2119 and 18 U.S.C. § 2<br>Count 2- Discharge, Brandish, Carry a Firearm During and In Relation To and Possess In Furtherance of a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 2 | | |
| Original Sentence: | 207 months imprisonment; 60 months supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 4/25/2022 |
| Defense Attorney: | Bryan Saunders | | |

### EARLIER COURT ACTION

11/21/2022   Jurisdiction was transferred from the Eastern District of Virginia to the Eastern District of North Carolina.

### PETITIONING THE COURT

Violation 1 -   <u>Criminal conduct.</u>

On August 27, 2022, the defendant committed the criminal offense of Driving While Impaired in Harnett County, North Carolina. (22CR 279849)

Violation 2 -   <u>Criminal conduct.</u>

On September 6, 2022, the defendant committed the criminal offense of Driving While Impaired, Driving While License Revoked After Impaired Revocation Notice, and Open Container After Consuming Alcohol in Wake County, North Carolina. (22CR 287790)

Violation 3 -   <u>Leaving the judicial district without the permission of the court or probation officer.</u>

On or about November 16, 2022, the defendant traveled to the Eastern District of Virginia without permission from his supervising officer.

Violation 4 -   <u>Criminal conduct.</u>

On or about November 16, 2022, the defendant committed the criminal offenses of Grand Larceny of Motor Vehicle, Grand Larceny, and Obstruction of Justice in Newport News, Virginia.

Violation 5 -   <u>Failure to participate as directed in a urinalysis program.</u>

The defendant failed to provide urine samples on October 18 and November 3, 2022.

Violation 6 -   <u>Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.</u>

The defendant has been unsuccessfully discharged from outpatient substance abuse treatment at Unlimited Access and specifically failed to attend individual sessions on October 18 and November 3, 2022.

Joseph Jerome Dupree
Docket No. 5:22-CR-336-1M
PROB 12C
Page 2

In view thereof, we respectfully petition the Court for the issuance of a warrant and recommend that the term of supervision be revoked. It is recommended that this petition and order be placed under seal until execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow the defendant's knowledge of issuance of the warrant.

This the 11th day of January, 2023.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Supervising U.S. Probation Officer | /s/ Corey Rich<br>Corey Rich<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2540<br>Executed On: January 11, 2023 |

THE COURT ORDERS:

☑ ISSUANCE OF A WARRANT. This petition and warrant shall remain sealed until the warrant is executed. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

☐ OTHER:

_/s/ Richard E Myers II_   1/12/2023
Richard E. Myers II                              Date
Chief United States District Judge